**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  :  No. 438 WAL 2018
:
Respondent  :
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court
v.  :
:
:
KEITH FIELDS,  :
:
Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.